IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LOCAL NO. 5 <br> and | * | |
| LOCAL NO. 602, etc., et al | * | Civil Action No.: MJG-01-462 |
| Plaintiffs | * | |
| vs. | * | |
| TIMOTHY P. WHISTON, <br> INDIVIDUALLY <br> and dba <br> WAIRCON | ****** | |
| Defendant | | |

### ORDER

Plaintiffs having failed to serve the summons and complaint upon the above named defendant within 120 days after the filing of the complaint, it is, this 5th day of July 2001,

ORDERED that plaintiffs show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendant without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

Marvin J. Garbis
United States District Judge

U.S. District Court (Rev. 1/2000)