UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

LOCAL NO. 5 AND LOCAL No. 602  )
TRUST FUND COLLECTION COMMITTEE, )
et al.,                         )
                                )
            Plaintiffs,         )
                                )
      v.                        )    CIVIL ACTION NO. MJG-01-462
                                )
TIMOTHY P. WHISTON d/b/a WAIRCON, )
TIMOTHY P. WHISTON, and WAIRCON, )
                                )
            Defendants.         )

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 2 3 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## **NOTICE OF DISMISSAL**

COME NOW Plaintiffs, by and through their attorneys, O'Donoghue and O'Donoghue, and respectfully dismiss the above-styled action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,
O'DONOGHUE & O'DONOGHUE
4748 Wisconsin Avenue, N.W.
Washington, D.C.  20016
(202) 362-0041

By: _____
R. Richard Hopp
MD Bar No. 07363

_____
John R. Harney
MD Bar No. 06572

GRANTED this 20th day of
_____, 2001.

_____
United States District Judge

cc's:  listed on next page

2

cc:  R. Richard Hopp, Esq.
     John R. Harney, Esq.
     O'Donoghue & O'Donoghue
     4748 Wisconsin Avenue, N.W.
     Washington, D.C.  20016

     Timothy P. Whiston
     7815 Locust Place
     Port Tobacco, MD  20677

     Timothy P. Whiston d/b/a Waircon
     7815 Locust Place
     Port Tobacco, MD  20677

     Waircon
     7815 Locust Place
     Port Tobacco, MD  20677

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

CERTIFICATE OF SERVICE

2001 JUL 20  A 10: 37

I hereby certify that a copy of the foregoing Notice of
Dismissal has been sent by first class mail, postage prepaid, this
_19th_ day of ___July___, 2001 to:

    Timothy P. Whiston
    7815 Locust Place
    Port Tobacco, MD  20677

    Timothy P. Whiston d/b/a Waircon
    7815 Locust Place
    Port Tobacco, MD  20677

    Waircon
    7815 Locust Place
    Port Tobacco, MD  20677


                                    _____
                                    R. Richard Hopp